**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOGAIL TECHNOLOGIES LTD., *Plaintiff*, v. MOTOROLA MOBILITY LLC, *Defendant*. | Case No. 1:22-cv-02176 |

## JOINT MOTION TO STAY ALL DEADLINES

Plaintiff Togail Technologies Ltd. ("Togail") and Defendant Motorola Mobility LLC ("Motorola") respectfully file this Joint Motion to Stay All Deadlines. The Parties hereby notify the Court that the Parties have reached a settlement in principle, and request that the Court stay all deadlines in this case for thirty (30) days.

1

Dated: June 7, 2022            Respectfully submitted,

           */s/ Marc Fenster*

Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
TOGAIL TECHNOLOGIES LTD.**

           */s/ Ferlillia V. Roberson*

George N. Vurdelja, Jr.
HARRISON & HELD
333 S. Wacker, Suite 1700
Chicago, IL 60606
Telephone: 312-753-6161
Email: gvurdelja@harrisonheld.com

Ferlillia V. Roberson
DLA PIPER LLP US
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: 312-368-3903
Email: ferlillia.roberson@dlapiper.com

**ATTORNEYS FOR DEFENDANT,
MOTOROLA MOBILITY LLC**

## CERTIFICATE OF SERVICE

I certify that on June 7, 2022, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                        */s/ Marc Fenster*
                                                        Marc Fenster