**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOGAIL TECHNOLOGIES LTD., *Plaintiff*, v. MOTOROLA MOBILITY LLC, *Defendant*. | Case No. 1:22-cv-02176 |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

Before the Court is Plaintiff Togail Technologies Ltd. ("Togail") and Defendant Motorola Mobility LLC ("Motorola")'s Joint Motion to Stay All Deadlines. The Court, having considered the motion, finds that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all deadlines in this case are stayed for a period of thirty (30) days from the date of this order.

SIGNED this _____ day of _____, 2022.

_____
JUDGE MARY M. ROWLAND
UNITED STATES DISTRICT JUDGE